**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Omar WILLIAMS, Petitioner**

**No. 512 EAL 2016**

Supreme Court of Pennsylvania.

March 29, 2017

## ORDER

PER CURIAM

**AND NOW**, this 29th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.